

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2016

No. 04-16-00458-CR

**IN RE** Robert Joseph **SMITH** II

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

On July 21, 2016, Relator filed a petition for writ of mandamus complaining that the trial court had not ruled upon two nunc pro tunc motions he filed in April, 2016. On August 10, 2016 the District Attorney for the 216th Judicial District filed an answer with this court generally denying the allegations contained in Relator's Petition. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than August 30, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 15, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. A13660, styled *State of Texas v. Robert Joseph Smith, II*, pending in the 216th Judicial District Court, Kerr County, Texas, the Honorable N. Keith Williams presiding.